**UNITED STATES BANKRUPTCY COURT**
For The Western District of Virginia

| | |
|---|---|
| **In re: Melissa L Murphy** | CASE NO. 13–50284 |
| **Debtor(s)** | CHAPTER 7 |

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before

**DEADLINE for creditors other than governmental units:   9/18/13**

**DEADLINE for governmental units, if applicable:   9/18/13**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor(s)' estate.

The proof of claim form can be found on the court's website, www.vawb.uscourts.gov. It may be filed by regular mail or by going to the court's website located at www.vawb.uscourts.gov, there you can file and print a copy of your proof of claim. We strongly encourage you to use our website to file, but it you wish to use regular mail and receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim. Proofs of claim filed by mail are to be filed with the United States Bankruptcy Court at the address listed below and to the left and a copy must be sent to the case trustee listed below to the right:

116 N Main St.
Room 223
Harrisonburg, VA 22802
(540) 434–8327

George I Vogel(74)
PO Box 18188
Roanoke, VA 24014

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Service of a copy of this Notice shall be by mail to the debtor(s), attorney for the debtor(s), trustee, and all creditors and parties in interest.

FOR THE COURT
JOHN W.L. CRAIG, II, CLERK
116 N Main St.
Room 223
Harrisonburg, VA 22802
(540) 434–8327

Entered: 6/20/13

dis02.jsp

```
                              United States Bankruptcy Court
                               Western District of Virginia
In re:                                                                      Case No. 13-50284-rbc
Melissa L Murphy                                                            Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0423-5          User: spitzera              Page 1 of 3              Date Rcvd: Jun 20, 2013
                              Form ID: noa                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
db           +Melissa L Murphy,    766 Cherry Ave,    Waynesboro, VA 22980-4407
cr           +Joyce A. Harlow,    c/o Nancy R. Schlichting, Esquire,    Lenhart Obenshain PC,
               100 10th Street N.E.,    Suite 300,   Charlottesville, VA 22902-5481
3733545      +Access Receivables,    200 E. Joppa Road,    Towson, MD 21286-3150
3733547      +Adam Tardif,   3840 New Brunswick Ave.,    Piscataway, NJ 08854-3421
3733549      +Bluefield College,    3000 College Drive,   Bluefield, VA 24605-1799
3733553      +CKS Financial,   505 Independence Pkwy,    Ste 300,   Chesapeake, VA 23320-5178
3737290      +CKS Financial, LLC,    PO Box 2856,   Chesapeake, VA 23327-2856
3771858     ++COLUMBIA GAS,    ATTN REVENUE RECOVERY,    200 CIVIC CENTER DR 11TH FLOOR,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Virginia, Inc.,    200 Civic Center Dr., 11th floor,
               Columbus, OH 43215)
3733550      +Centra Health Professionals,    1920 Atherholt Road,   Lynchburg, VA 24501-1104
3733554      +Community Memorial Health Center,    PO Box 90,   South Hill, VA 23970-0090
3733555      +Continental Finance/1st Bank Delawa,    PO Box 11743,   Wilmington, DE 19850-1743
3733556      +Creditors Collection,    4530 Old Cave Spring Rd.,   Roanoke, VA 24018-3423
3733558     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
              (address filed with court: Focused Recovery Solutions,    9701 Metropolitan Ct.,
               Richmond, VA 23236-3662)
3733560      +Joyce A. Harlow,   250 S. Wayne Avenue,    Waynesboro, VA 22980-4625
3733562      +Loan Max,   1224 West Broad St.,    Waynesboro, VA 22980-4327
3789749      +Nancy R. Schlichting, Esquire,    Lenhart Obenshain PC,    100 10th Street, NE, Suite 300,
               Charlottesville, VA 22902-5481
3733563      +Palmaris Imaging,   1000 W. 10th Street,    Rolla, MO 65401-2905
3733564      +Radiology Consultants of Lynchburg,    113 Nationwide Drive,    Lynchburg, VA 24502-4868
3733567       William L. Thomas DDS,    911 Madison Street,   Boydton, VA 23917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3733546      +E-mail/Text: jhill@arc1.biz Jun 20 2013 21:21:57     Account Resolution Corp,
               17600 Chesterfield Airport Road,    Suite 201,   Chesterfield, MO 63005-1246
3733548      +EDI: AFNIRECOVERY.COM Jun 20 2013 21:18:00     Afni,   PO Box 3097,   Bloomington, IL 61702-3097
3733553      +EDI: CKSFINANCIAL.COM Jun 20 2013 21:18:00     CKS Financial,    505 Independence Pkwy,   Ste 300,
               Chesapeake, VA 23320-5178
3733552      +E-mail/Text: bankruptcy@cbtva.com Jun 20 2013 21:20:59     Citizens Bank and Trust Co,
               126 S. Main Street,    Blackstone, VA 23824-1842
3733565      +EDI: AFNIVZCOMBINED.COM Jun 20 2013 21:18:00     Verizon,   PO Box 660720,
               Dallas, TX 75266-0720
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3733566       Walter John Murphy,    unknown
3733551*     +Centra Health Professionals,    1920 Atherholt Road,   Lynchburg, VA 24501-1104
3733557*     +Creditors Collection,    4530 Old Cave Spring Rd.,   Roanoke, VA 24018-3423
3733559*    ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
              (address filed with court: Focused Recovery Solutions,    9701 Metropolitan Ct.,
               Richmond, VA 23236-3662)
3733561*     +Joyce A. Harlow,   250 S. Wayne Avenue,    Waynesboro, VA 22980-4625
                                                                                  TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0423-5          User: spitzera            Page 2 of 3            Date Rcvd: Jun 20, 2013
                              Form ID: noa              Total Noticed: 23

                    ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 22, 2013**                                   **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0423-5          User: spitzera          Page 3 of 3          Date Rcvd: Jun 20, 2013
                              Form ID: noa            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2013 at the address(es) listed below:
              George I Vogel(74)    VA16@ecfcbis.com;kbrown@vogelandcromwell.com
              Lucy  Ivanoff    on behalf of Debtor Melissa L Murphy li@ivanofflaw.com, colleen@ivanofflaw.com
              Nancy R. Schlichting    on behalf of Creditor Joyce A. Harlow nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                              TOTAL: 4